**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 9, 2011

Clerk, U.S. Bankruptcy Court

RE: Kathy J. Hughes
    Bankruptcy Case No. 1-08-04642
    Unclaimed Funds For: American General
                        20 Windmill Hill
                        Burnham PA 17009

Dear Clerk:

Enclosed herewith please find check No. 1011646 for $3,125.55 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                Very truly yours,

                                /s/ Carol A. Kreider

                                Carol A. Kreider
                                Funds Manager

FILED HARRISBURG, PA 2011 MAR 10 AM 7:33 CLERK U.S. BANKRUPTCY COURT